[No. 26136-3-I.   Division One.   March 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CIRILO BAZQUEZ RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-04622-5, James D. McCutcheon, Jr., J., entered April 18, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 25952-1-I.   Division One.   March 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO BALLARTA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-06448-7, Robert E. Dixon, J., entered April 11, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 25962-8-I.   Division One.   March 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA ADAM NORDLUND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-8-05594-7, Stephen M. Gaddis, J., entered April 6, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 26282-3-I.   Division One.   March 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ISAAC SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-1-00541-0, Byron L. Swedberg, J., entered May 22, 1990. *Dismissed* by unpublished per curiam opinion.